IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON TROY LANE,

      Appellant,

v.

Case No.    5D21-1198
LT Case No. 2020-00902-CF-54

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, NARDELLA and WOZNIAK, JJ., concur.